IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **DEONTAE BROOKS,** | : | **PRISONER CIVIL RIGHTS** |
| Plaintiff, | : | **42 U.S.C. § 1983** |
| | : | |
| v. | : | |
| | : | |
| **FULTON COUNTY JAIL et al.,** | : | **CIVIL ACTION NO.** |
| Defendants. | : | **1:16-CV-4334-MHC-AJB** |

### ORDER GRANTING LEAVE TO
### PROCEED *IN FORMA PAUPERIS*

Plaintiff, Deontae Brooks, confined in the Fulton County Jail in Atlanta, Georgia, has submitted a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. [Doc. 1.] In an application for leave to proceed *in forma pauperis*, Plaintiff seeks to file his complaint without prepayment of the $350.00 filing fee. [Doc. 2.] Plaintiff swears under penalty of perjury that (1) he has no funds in his inmate account, and (2) jail officials failed to provide a copy of his inmate account statement. [*Id.* at 1-3.] Based on Plaintiff's sworn statement, the Court finds that he is entitled to *in forma pauperis* status and cannot pay an initial partial filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's application for leave to proceed *in forma pauperis*, [Doc. 2], is **GRANTED**, and he shall be allowed to proceed without paying an initial partial filing fee. Pursuant to 28 U.S.C. § 1915(b)(2), Plaintiff

AO 72A
(Rev.8/82)

shall be obligated to pay the full statutory filing fee of $350.00 as funds are deposited in his inmate account.  Specifically, the balance of said filing fee shall be paid by, or on behalf of Plaintiff, in monthly or other incremental payments in the amount of 20% of the preceding month's income credited to Plaintiff's inmate account, in each month in which Plaintiff's account balance exceeds $10.00.  The institution administering Plaintiff's inmate account shall withdraw such payments from the account and remit the same to the Clerk of Court for the United States District Court for the Northern District of Georgia, until the filing fee is paid in full, as verified by separate notice from the Clerk to the Warden of the institution.

Plaintiff is **REQUIRED** to keep the Court advised of his current address and telephone number at all times while his lawsuit is pending, and failure to do so shall result in the dismissal of this action pursuant to Local Rule 41.2B, N.D. Ga.  Plaintiff's failure to comply with any Orders of this Court shall result in the dismissal of this action pursuant to Local Rule 41.3, N.D. Ga.

**IT IS FURTHER ORDERED** that:

1. The Clerk of the Court transmit a copy of this Order to the Warden of the Fulton County Jail in Atlanta, Georgia;

2. The Warden, or his designee, shall collect the aforesaid monthly payments from

Plaintiff's inmate account and remit such payments to the Clerk of the United States District Court for the Northern District of Georgia until the $350.00 filing fee is paid in full; and

3. Service of process shall not issue pending further consideration of the complaint under 28 U.S.C. § 1915A.

**IT IS SO ORDERED**, this ___14th___ day of December, 2016.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

3

AO 72A
(Rev.8/82)