OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303-3318

OFFICIAL BUSINESS



RTS

MHC

No match Found



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG - 4 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

```
NIXIE        326    48 1         7207/28/17
             RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 3030330999     2247N209105-04699
```



CLEARED
AUG - 4 2017



CLEARED
AUG - 4

1:16-cv-4334-MHC-AJB

Franklin Hollie
Fulton County Jail
901 Rice St., N.W.
Atlanta, GA 30318