**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Deontae Brooks Inmate #1519880, ) | |
| ) | |
|     Plaintiff, ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:16-CV-4334-MHC-AJB |
| Chief, Mark Adger, Ofc. T. Edwards;) | |
| Ofc. F. Hollins(1137); Ofc. ) | |
| Blaylock (990) ) | |
| ) | |
|     Defendants. ) | |

### DEFENDANT'S MOTION FOR DISCOVERY PERIOD

COMES NOW Defendant FRANKLIN HOLLIE,[1] hereinafter referred to as "Defendant," by and through his undersigned counsel, and hereby files his Motion for Discovery Period in the above-styled action pursuant to Local Rules 7.4 and 26.2(A) of the United States District Court for the Northern District of Georgia. Defendant moves for a four (4) month discovery period. In support of his motion, Defendant shows the following:

1.

Pursuant to Appendix F of the Local Rules of this Court, this case is currently on a zero-month discovery track. Plaintiff is a pro se litigant. Plaintiff filed a civil rights complaint alleging claims of excessive force.

---

[1] Plaintiff's complaint erroneously refers to Detention Officer Franklin Hollie as Officer "F. Hollins."

2.

Discovery is needed to ensure that Defendant will have a meaningful opportunity to address the claims asserted against him.  The Motion for Discovery is made for good cause and not for deliberate delay.

3.

Neither party would be prejudiced by the entry of an order granting a discovery period.

4.

The granting of this motion will cause no additional burden on the Court.

5.

Defendant contends that a four (4) month discovery period to and through November 26, 2017 will best serve the interests of justice and efficient administration of this case.

6.

This Court is currently considering a Motion for Discovery Period filed by co-defendant Officer T. Edwards [sic].[2] Defendant respectfully requests that this Court allow discovery to run concurrently so that the four (4) month discovery period ends on November 26, 2017 for all parties.

---

[2] Defendant Edwards' motion was filed on July 26, 2017, and in it, she requests a four (4) month discovery period to and through November 26, 2017.

7.

Therefore, Defendant Franklin Hollie respectfully requests this Court grant the parties four (4) months of discovery, with the discovery period ending on November 26, 2017.

Respectfully submitted this <u>11th</u> day of August 2017.

**/s/  *Michelle D. Arrington***
Michelle D. Arrington
Assistant County Attorney
Georgia State Bar No.:023808
Michelle.arrington@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Deontae Brooks Inmate #1519880,      )
                                     )
    Plaintiff,               )
v.                                   )      CIVIL ACTION FILE NO.
                                     )      1:16-CV-4334-MHC-AJB
Chief, Mark Adger, Ofc. T. Edwards;)
Ofc. F. Hollins(1137); Ofc.          )
Blaylock (990)                       )
                                     )
    Defendants.              )
                                     )

<u>**CERTIFICATE OF SERVICE**</u>

THIS CERTIFIES that on August 11, 2017, I have presented this document in Courier New, 12 point type, and that I have electronically filed the foregoing **DEFENDANT'S MOTION FOR DISCOVERY PERIOD** with the Clerk of Court using the CM/ECF system, and will provide mail notification to the *pro se* inmate plaintiff listed below:

                    Deontae Brooks #1519880
                    Fulton County Jail
                    901 Rice St., N.W.
                    Atlanta, GA 30318

This <u>11th </u>day of August, 2017.


                    <u>***/s/  Michelle D. Arrington***</u>
                    Michelle D. Arrington
                    Staff Attorney
                    Georgia State Bar No.:023808
                    Michelle.arrington@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)

P:\CALitigation\Sheriff\Brooks, Deontae v. Keyana Edwards - 1.16-CV-04334 - MA\Pleadings\FulCo
Dft(s) FILINGS\Defendant F. Hollie - Motion for Discovery Period.docx