IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **DEONTAE BROOKS,** | : | **PRISONER CIVIL RIGHTS** |
| Plaintiff, | : | **42 U.S.C. § 1983** |
| | : | |
| v. | : | |
| | : | |
| **T. EDWARDS et al.,** | : | **CIVIL ACTION NO.** |
| Defendants. | : | **1:16-CV-4334-MHC-AJB** |

**O R D E R**

Plaintiff, Deontae Brooks, confined in the Fulton County Jail in Atlanta, Georgia, is proceeding on individual-capacity excessive force claims against Defendants, Detention Officers T. Edwards, F. Hollins, and Blaylock. [*See* Doc. 9 at 3-5, 9; Doc. 12 at 1-3.] Edwards has been served and has filed an answer informing the Court that Defendants' correct names are Keyana Edwards, Franklin Hollie, and Blaine Blaylock. [Doc. 23; Doc. 26 at 1 & n.1, 5 & n.3, 8.] Hollie has also been served and has filed an answer. [Docs. 25, 33.][1] The Court has issued an Order for service as to Blaylock. [Doc. 31.]

---

[1] After Hollie was served, the Court sent another service waiver package to him in error. [Docs. 27, 28.] That mailing was returned as undeliverable. [Doc. 35.] The Court need not take any further action regarding that mailing because Hollie has filed an answer. Accordingly, the Clerk is **DIRECTED** to terminate the submission of Documents 28 and 35. [*See* Dkt. Entry Aug. 8, 2017.]

AO 72A
(Rev.8/8
2)

The matter is before the Court on the motions for discovery period filed by Edwards and Hollie. [Docs. 34, 36.] Edwards and Hollie request a four-month discovery period, running from July 26, 2017. [Doc. 34 at 1-2; Doc. 36 at 1-3.]

For good cause shown, the motions for discovery period filed by Edwards and Hollie, [Docs. 34, 36], are **GRANTED**. The Court **ORDERS** that (1) discovery shall be completed by December 1, 2017, and (2) dispositive motions shall be filed by January 5, 2018.

Plaintiff is **REMINDED** that he must keep the Court advised of his current address and telephone number at all times during the pendency of this action, and failure to do so shall result in the dismissal of this action pursuant to Local Rule 41.2B, N.D. Ga. Plaintiff's failure to comply with any aspect of this Court's orders shall result in the dismissal of this action pursuant to Local Rule 41.3, N.D. Ga.

**IT IS SO ORDERED**, this   16th   day of August, 2017.

---

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)