IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISON

DEONTAE BROOKS # 1519880
 -PLAINTIFF-

V.

KEYANA EDWARDS
FRAKLIN HOLLIE
BLAINE BLAYLOCK
 -DEFENDANTS-

CIVIL ACTION FILE NO:
1:816-CV-3443-MHC-AJB

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 30 2017

JAMES N. HATTEN, Clerk
By: S. Brannon  Deputy Clerk

- CERTIFICAT OF SERVICE-

This Certifies that on August 22 2017, I have presented this document in courier new 12 point type, and that I have filed the forgoing MOTION FOR PLAINTIFE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS WITH the clerk of court and will provide a mail Notification to the Defendants listed Below attorneys:

                    KEYANA EDWARDS
                    FRAKLIN HOLLIE
                    BLAINE BLAYLOCK

            MICHELL D. ARRINGTON
                Staff Attorney
            GEORGIA STATE BAR NO: 023808

            141 Pryor Street, S.W.
                Suite 4038
                ATLANTA GEORGIA 30303,

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

DEONTAE BROOKS 15A880
- PLAINTIFF -

V

KEYANA EDWARDS
FRAKLIN HOLLIE
BLAINE BLAYLOCK
- DEFENDANTS -

CIVIL ACTION FILE NO:
1:16-CV-3443-MHC-AJB

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 30 2017

JAMES N. HATTEN, Clerk
BY _____ Deputy Clerk

CERTIFICAT OF SERVICE

This certifies that on August 22 2017, I have presented
this document in carrier new 12 point type, and that I have
Filed the forgoing PLAINTIFF'S FIRST SET OF INTERROGATORIES
TO DEFENDANTS with the clerk of court and will provide
a mail notification to the Defendants listed below attorneys:

KEYANA EDWARDS
FRANKLIN HOLLIE
BLAINE BLAYLOCK

MICHELL D ARRINGTON
Staff Attorney

GEORGIA STATE BRA. 023808

141 Pryor Street Sw.
Suite 4038
ATLANTA GEORGIA 30303,

ATLANTA METRO 300

24 AUG 2017 PM 9

FOREVER USA

Barn Swallow

CLEARED

Deante Brooks  1519480
Fulton County Jail
901 Rice St. N.W.
Atlanta, GA 30318

OFFICE OF THE CLERK
United States District Court
2211 united states courthouse
75 TED Turner Drive S.W.
Atlanta, Georgia  30303
30303-3318 0009