In THE United States District For the
Northen District of Georgia

PLAINTIFF'S
Request For Entry
OF Default
CIVIL ACTION # 1:16-CV-3443-MHC-AJB

DEONTAE BROOKS
-PLAINTIFF-

V

DO - Blaine Blaylock (990)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 18 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

To Clerk To Clerk of court For The Northen District of Georgia, will you please enter the default of Blaine Blaylock for failure to plead or other wise defend as provided by the federal rules of civil Procedure, as appears from the actted declaration of Deontae Brooks

- DECLARATION -

I AM a pro'SE Plaintiff in the above entitled matter.
The Defendant Blaine Blaylock has not Filed or Surved an answer or taken orther actions as may be permitted by law although more than 45 Days has passed since the date of Service.

pursuant to 28 U.S.C. 65, 1746, I certify under penalty of Perjury that the forgoing is true to the best of my knowledge is correct

Date: SEPTEMBER 13, 2017
signed: Deontae Brooks / Deontae Brooks.

IN THE UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF GEORGIA
ATLANTA DIVISON

DEONTAE BROOKS
-PLAINTIFF-

-V-

BLAINE BLAYLOCK
FRAKLIN HOLLIE
KEYANA EDWARDS
- DEFENDANTS -

CIVIL ACTION FILE NO;
1:16-CV-3443-MHC-AJB

- CERTIFICAT OF SERVICE -

This certifies that on September 13 2017 I have presented this document in courier New 12 point type, and that I have Filed the forgoing DECLARATION AND REQUEST For ENTRY of DEFAULT WITH the clerk of courts and will provide a mail Notification to the Defendants listed Below attorneys:

KEYANA EDWARDS
FRANKLIN HOLLIE
BLAINE BLAYLOCK

MICHELL D. ARRINGTON
STAFF Attorney
GEORGIA STATE BAR NO: 023808
141 Pryor STREET, S.W.
Suite 4038
ATLANTA GEORGIA 30303,

Fulton County Jail
901 Rice Street, N.W.
Atlanta, Georgia 30318

Mailroom
Indigent Inmate Legal Documents
(For Delivery)

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
2211 United States Courthouse
75 TED Turner Drive S.W.
Atlanta Georgia 30303

CLEARED
SEP 19 2017
U.S. Marshals
Atlanta Ga