**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Deontae Brooks Inmate #1519880, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:16-CV-4334-MHC-AJB |
| Chief, Mark Adger, Ofc. T. Edwards; | ) | |
| Ofc. F. Hollins(1137); Ofc. | ) | |
| Blaylock (990) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## <u>NOTICE OF APPEARANCE OF ASHLEY J. PALMER</u>

COMES NOW, the undersigned attorney at law and files this Notice of Appearance of **ASHLEY J. PALMER** as counsel for Defendants Officer Franklin Hollins and Officer Keyana Edwards. It is requested that the Clerk forward notice of all hearings, motions and trials in the above-styled action to the undersigned.

Respectfully submitted this 26th day of September, 2017.

**OFFICE OF THE FULTON COUNTY ATTORNEY**
Patrise Perkins-Hooker
Georgia Bar No.231973

Kaye W. Burwell
Georgia Bar No. 775060
Kaye.burwell@fultoncountyga.gov

**/s/ Ashley J. Palmer**_____
Ashley J. Palmer
Georgia Bar No. 603514
Ashley.palmer@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Deontae Brooks Inmate #1519880,　　)
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　CIVIL ACTION FILE NO.
　　　　　　　　　　　　　　　　　)　　1:16-CV-4334-MHC-AJB
Chief, Mark Adger, Ofc. T. Edwards;)
Ofc. F. Hollins(1137); Ofc.　　　)
Blaylock (990)　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　)
_____)

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this day, September 26, 2017, 2017, I presented the **NOTICE OF APPEARANCE OF ASHLEY J. PALMER** in Courier New, 12 point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system using the CM/ECF system and deposited the same in the United States Mail with adequate postage affixed thereon, and addressed as follows:

>　　Deontae Brooks #1519880
>　　Fulton County Jail
>　　901 Rice St., N.W.
>　　Atlanta, GA 30318

>　　***/s/ Ashley J. Palmer_____***
>　　Ashley J. Palmer
>　　Georgia Bar No. 603514
>　　Ashley.palmer@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

P:\CALitigation\Sheriff\Brooks, Deontae v. Keyana Edwards - 1.16-CV-04334 - MA\Pleadings\7.20.17
Notice of Appearance - AJP.doc