```
         IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

Deontae Brooks Inmate #1519880,    )
                                   )
    Plaintiff,                     )
v.                                 )    CIVIL ACTION FILE NO.
                                   )    1:16-CV-4334-MHC-AJB
Chief, Mark Adger, Ofc. T. Edwards;)
Ofc. F. Hollins(1137); Ofc.        )
Blaylock (990)                     )
                                   )
    Defendants.                    )

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this day, the foregoing **DEFENDANT OFFICER KEYANA EDWARDS' RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS** has been prepared in Courier New, 12 point type, as approved by the Court in L.R. 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will provide mail notification to the *pro se* inmate plaintiff listed below:

            Deontae Brooks #1519880
              Fulton County Jail
              901 Rice St., N.W.
              Atlanta, GA 30318

This 26th day of September, 2017

                    **OFFICE OF THE FULTON COUNTY ATTORNEY**

                    Patrise Perkins-Hooker
                    County Attorney
                    Georgia Bar No. 572378

4

                              Kaye Woodard Burwell
                              Deputy County Attorney
                              Georgia Bar No. 775060

                              Michelle D. Arrington
                              Assistant County Attorney
                              Georgia Bar No. 023808
                              Michelle.arrington@fultoncountyga.gov

                              **/S/ Ashley J. Palmer**
                              Ashley J. Palmer
                              Senior Attorney
                              Georgia Bar No. 603514
                              Ashley.palmer@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)

P:\CALitigation\Sheriff\Brooks, Deontae v. Keyana Edwards - 1.16-CV-04334 - MA\Discovery\Draft of Responses\Defendant Edwards' Responses to Production of Documents.docx

5