**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

```
Deontae Brooks Inmate #1519880,   )
                                  )
     Plaintiff,                   )
v.                                )   CIVIL ACTION FILE NO.
                                  )   1:16-CV-4334-MHC-AJB
Chief, Mark Adger, Ofc. T. Edwards;)
Ofc. F. Hollins(1137); Ofc.       )
Blaylock (990)                    )
                                  )
     Defendants.                  )
```

**CERTIFICATE of SERVICE**

The undersigned counsel certifies that on this day the foregoing **DEFENDANT OFFICER FRANKLIN HOLLIE'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS** has been prepared in Courier New, 12 point type, as approved by the Court in L.R. 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will provide mail notification to the *pro se* inmate plaintiff listed below:

Deontae Brooks #1519880
Fulton County Jail
901 Rice St., N.W.
Atlanta, GA 30318

This 26th Day of September, 2017

                                        **OFFICE OF THE FULTON COUNTY ATTORNEY**

                                        Patrise Perkins-Hooker

County Attorney
Georgia Bar No. 572378

Kaye Woodard Burwell
Deputy County Attorney
Georgia Bar No. 775060

Michelle D. Arrington
Assistant County Attorney
Georgia Bar No. 023808
Michelle.arrington@fultoncountyga.gov

**/S/ Ashley J. Palmer**
Ashley J. Palmer
Senior Attorney
Georgia Bar No. 603514
Ashley.palmer@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)

**P:\CALitigation\Sheriff\Brooks, Deontae v. Keyana Edwards - 1.16-CV-04334 - MA\Discovery\Draft of Responses\Defendant Hollie's Responses to Plaintiff's Interrogatories.docx**

9