```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION

Deontae Brooks Inmate #1519880,     )
                                    )
     Plaintiff,                     )
v.                                  )   CIVIL ACTION FILE NO.
                                    )   1:16-CV-4334-MHC-AJB
Chief, Mark Adger, Ofc. T. Edwards;)
Ofc. F. Hollins(1137); Ofc.         )
Blaylock (990)                      )
                                    )
     Defendants.                    )
```

### CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this day, the foregoing **DEFENDANT OFFICER FRANKLIN HOLLIE'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS** has been prepared in Courier New, 12 point type, as approved by the Court in L.R. 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will provide mail notification to the *pro se* inmate plaintiff listed below:

```
              Deontae Brooks #1519880
                 Fulton County Jail
                 901 Rice St., N.W.
                  Atlanta, GA 30318
```

This 26th day of September, 2017

                              **OFFICE OF THE FULTON COUNTY ATTORNEY**

                              Patrise Perkins-Hooker
                              County Attorney
                              Georgia Bar No. 572378

                    Kaye Woodard Burwell
                    Deputy County Attorney
                    Georgia Bar No. 775060

                    Michelle D. Arrington
                    Assistant County Attorney
                    Georgia Bar No. 023808
                    Michelle.arrington@fultoncountyga.gov

                    **/S/ Ashley J. Palmer**
                    Ashley J. Palmer
                    Senior Attorney
                    Georgia Bar No. 603514
                    Ashley.palmer@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)

**P:\CALitigation\Sheriff\Brooks, Deontae v. Keyana Edwards - 1.16-CV-04334 - MA\Discovery\Draft of Responses\Defendant Hollie's Responses to Production of Documents.docx**