```
            IN THE UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

Deontae Brooks Inmate #1519880,    )
                                   )
     Plaintiff,                    )
v.                                 )   CIVIL ACTION FILE NO.
                                   )   1:16-CV-4334-MHC-AJB
Chief, Mark Adger, Ofc. T. Edwards;)
Ofc. F. Hollins(1137); Ofc.        )
Blaylock (990)                     )
                                   )
     Defendants.                   )
```

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this day, the foregoing **DEFENDANT OFFICER KEYANA EDWARDS' RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS** has been prepared in Courier New, 12 point type, as approved by the Court in L.R. 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will provide mail notification to the *pro se* inmate plaintiff listed below:

```
              Deontae Brooks #1519880
                Fulton County Jail
                 901 Rice St., N.W.
                 Atlanta, GA 30318
```

This 26th day of September, 2017

           **OFFICE OF THE FULTON COUNTY ATTORNEY**

           Patrise Perkins-Hooker

8

```
                              County Attorney
                              Georgia Bar No. 572378

                              Kaye Woodard Burwell
                              Deputy County Attorney
                              Georgia Bar No. 775060

                              Michelle D. Arrington
                              Assistant County Attorney
                              Georgia Bar No. 023808
                              Michelle.arrington@fultoncountyga.gov
```

**/S/ Ashley J. Palmer**
Ashley J. Palmer
Senior Attorney
Georgia Bar No. 603514
Ashley.palmer@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)

P:\CALitigation\Sheriff\Brooks, Deontae v. Keyana Edwards - 1.16-CV-04334 - MA\Discovery\Draft of Responses\Defendant Edwards' Responses to Plaintiff's Interrogatories.docx

9