PAGE 1 OF 2

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHEN DISTRICT OF GEORGIA ATLANTA DIVISON

DEONTAE BROOKS
- PLAINTIFF -

VS.

OFC F. HOLLIE
OFC K. EDWARDS
OFC B. BLAYLOCK
- DEFENDANTS -

CIVIL ACTION NO:
1:16 CV 4334 MHC-AJB

MOTION FOR APPOINMENT OF COUNSEL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT 23 2017
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Pursuant to 28 USC § 1915(e)(1), Plaintiff moves for an order appointing counsel to represent him in this complaint. In support thereof, plaintiff states as follows:

① The plaintiff is incarcerated and has no ability to investigate the facts for example he's unable to identify, locate and interview the inmates who were housed in near by cells who saw some or all of the misused force. He is in the same situation with regards to developing the facts as an inmate who has been transferred to a different instituions which is a factor that several courts have cited in appointing counsel see... Tucker v. Randall 948 F.2d 288, 391-92 (7th cir 1991) Gaston v Coughlin 679 F supp 270. 273 (W.D.N.Y. 1948)

② In addition this case will require considerable discovery concerning the identity of wittnesses, the officer's reports and statements about the incident and any prior history of misuse of force by the officers and plaintiff's medical history see parham V. Johnson 126. F3d 454-459 (3d cir 1997) holding counsel should have been appointed because plaintiff's lack of legal experience and complex discovery rules clearly put him at a disadvantage in countering the defendents discovery

PAGE 2 of 2

tactics these Rules prevent the plaintiff from presenting an effective case see Forbes v Edgar 112 F3d 262-264 (7th Cir 1997)

Respectfully Submitted This 18 Day of October 2017

SINGED: *Deontae Brooks*
Deontae Brooks

IN THE UNITED STATES DISTRICT COURTS FOR THE
NORTHEN DISTRICT OF GEORGIA
ATLANTA DIVISON

DEONTAE BROOKS
- PLAINTIFF -

CIVIL ACTION FILE NO:
1:16-CV-3443 MHC-AJB

V.S

KEYANA EDWARDS
FRANKLIN HOLLIE
BLAINE BLAYLOCK

- CERTIFICAT OF SERVICE -

This certifies that on October 18, 2017 I have presented this document in courier that I have filed the forgoing MOTION FOR APPOINMENT of counsel with the Clerk of Courts and will provide a mailed notification to the Defendents listed below attoneys.

Keyana Edwards
Franklin Hollie
Blaine Blaylock

MICHELL D. ARRINGTON
STAFF ATTORNEY
GEORGIA STATE BAR # 023808

141 Pryor Street, SW.
Suite 4038
ATLANTA  GEORGIA  30303

IN THE UNITED STATES DISTRICT COURTS FOR THE NORTHEN DISTRICT OF GEORGIA ATLANTA DIVISON

Deontae Brooks
- PLAINTIFF -

VS

KEYANA EDWARDS
FRANKLIN HOLLIE
BLAINE BLAYLOCK
- DEFENDANTS -

CIVIL ACTION FILE NO:
1:16-CV-3443 MHR AJB

## - CERTIFICAT OF SERVICE -

This certifies that on October 18 2017 I have presented this document in carrier that I have filed the forgoing MOTION FOR PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS with the clerk of Courts and will provide a mailed Notification to the Defendants listed Below attorneys:

Keyana Edwards
Franklin Hollie
Blaine Blaylock

MICHELL D. ARRINGTON
Staff attorney
GEORGIA STATE BAR # 023808

141 Pryor Street, S.W.
Suite 4038
ATLANTA GEORGIA 30303

Deontae Brooks
519880
Fulton County Jail
901 Rice Street, NW
Atlanta, GA 30318

Office of the Clerk
United States District Court
2211 United States Courthouse
75 Spring Street S.W.
Atlanta Georgia 30303

