```
                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

Deontae Brooks Inmate #1519880,    )
                                   )
      Plaintiff,                   )
v.                                 )    CIVIL ACTION FILE NO.
                                   )    1:16-CV-4334-MHC-AJB
Chief, Mark Adger, Ofc. T. Edwards;)
Ofc. F. Hollins(1137); Ofc.        )
Blaylock (990)                     )
                                   )
      Defendants.                  )
```

### DEFENDANTS' OFFICERS K. EDWARDS AND F. HOLLIE'S CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS TO PLAINTIFF

Pursuant to Fed. R. Civ. P. 33, 34 and 36, the undersigned hereby certifies that the following discovery requests have been served by U.S. Mail upon all persons identified in the Certificate of Service attached hereto and incorporated herein by reference:

1. DEFENDANTS' OFFICERS K. EDWARDS AND F. HOLLIE'S FIRST SET OF INTERROGATORIES TO PLAINTIFF;

2. DEFENDANTS' OFFICERS K. EDWARDS and F. HOLLIE'S FIRST REQUEST FOR ADMISSION OF FACTS TO PLAINTIFF; and

3. DEFENDANTS' OFFICERS K. EDWARDS and FRANKLIN HOLLIE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF.

This 30th day of October, 2017.

[SIGNATURE BLOCKS FOUND ON THE FOLLOWING PAGE]

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Patrise Perkins-Hooker
County Attorney
Georgia Bar No. 572378

Kaye Woodard Burwell
Deputy County Attorney
Georgia Bar No. 775060

Ashley J. Palmer
Ashley J. Palmer
Staff Attorney
Georgia Bar No. 603514
ashley.palmer@fultoncountyga.gov

***/s/ Michelle D. Arrington***
Michelle D. Arrington
Assistant County Attorney
Georgia Bar No. 023808
Michelle.arrington@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)

2

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Deontae Brooks Inmate #1519880,  )<br>  )<br>    Plaintiff,  )<br>v.  )<br>  )<br>Chief, Mark Adger, Ofc. T. Edwards;)<br>Ofc. F. Hollins(1137); Ofc.  )<br>Blaylock (990)  )<br>  )<br>    Defendants.  )<br>_____  ) | CIVIL ACTION FILE NO.<br>1:16-CV-4334-MHC-AJB |

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the foregoing **DEFENDANTS' OFFICERS K. EDWARDS and F. HOLLIE'S CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS TO PLAINTIFF** has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I further certify that a copy of the foregoing will be served upon the following *pro se* inmate plaintiff by U.S. Mail and addressed as follows:

> Deontae Brooks #1519880
> Fulton County Jail
> 901 Rice St., N.W.
> Atlanta, GA 30318

Respectfully submitted, this 30th day of October, 2017.

>	*/s/ Michelle D. Arrington*
>	Michelle D. Arrington
>	Georgia Bar No. 023808
>	Michelle.arrington@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)

P:\CALitigation\Sheriff\Brooks, Deontae v. Keyana Edwards - 1.16-CV-04334 - MA\Discovery\Requests to Plaintiff\10.30.17 Certificate of Service - Discovery Requests.docx