```
          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

| | |
|---|---|
| Deontae Brooks Inmate #1519880,   )<br>                                   )<br>    Plaintiff,                     )<br>v.                                 )<br>                                   )<br>Chief, Mark Adger, Ofc. T. Edwards;)<br>Ofc. F. Hollins(1137); Ofc.        )<br>Blaylock (990)                     )<br>                                   )<br>    Defendants.                    )<br>_____) | CIVIL ACTION FILE NO.<br>1:16-CV-4334-MHC-AJB |

**NOTICE TO TAKE THE DEPOSITION OF DEONTAE BROOKS**

**TO:**  Deontae Brooks
       #1519880
       Fulton County Jail
       901 Rice Street
       Atlanta, GA 30318

**YOU ARE HEREBY GIVEN NOTICE**, pursuant to F.R.C.P. Rule 30, that at **9:00 a.m. on Tuesday, November 28th, 2017, at Fulton County Jail, 901 Rice Street, Atlanta, Georgia 30318** before a court reporter or notary public duly authorized to administer oaths, the undersigned will proceed to take the deposition of inmate Deontae Brooks for the purpose of discovery, and all other purposes allowed by law.

The deposition will continue from day to day until the examination is completed.

Respectfully submitted, this 3rd day of November, 2017.

1

**OFFICE OF THE COUNTY ATTORNEY**

Patrise Perkins-Hooker
County Attorney
Georgia Bar No. 572358
Patrise.Perkins-Hooker@fultoncountyga.gov

Kaye W. Burwell
Deputy County Attorney
Georgia Bar No. 775060
Kaye.burwell@fultoncountyga.gov

Ashley J. Palmer
Senior County Attorney
Georgia Bar No.:603514
Ashley.palmer@fultoncountyga.gov


*/s/ Michelle D. Arrington*
Michelle D. Arrington
Staff Attorney
Georgia Bar No. 023808
Michelle.arrington@fultoncountyga.gov


**OFFICE OF THE FULTON COUNTY ATTORNEY'S OFFICE**
141 Pryor Street, S.W., Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (Office)

2

```
            IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

Deontae Brooks Inmate #1519880,     )
                                    )
    Plaintiff,                      )
v.                                  )     CIVIL ACTION FILE NO.
                                    )     1:16-CV-4334-MHC-AJB
Chief, Mark Adger, Ofc. T. Edwards;)
Ofc. F. Hollins(1137); Ofc.         )
Blaylock (990)                      )
                                    )
    Defendants.                     )
_____ )

**CERTIFICATE OF SERVICE**

This is to certify that I have this day, November 3, 2017, I presented this document in Courier New, 12 point type in accordance with L.R. 5.1(C) and that I electronically filed the foregoing **NOTICE TO TAKE DEPOSITION OF DEONTAE BROOKS** with the Clerk of Court, using the CM/ECF System, which will automatically send e-mail notification of such filing to all attorneys of record. I further certify that I have served Plaintiff with the foregoing motion by mailing a copy of the same via United States first class mail, postage prepaid and properly addressed to Plaintiff as follows:

                Deontae Brooks
                #1519880
                Fulton County Jail
                901 Rice Street
                Atlanta, GA 30318

                ***/s/ Michelle D. Arrington***
                Michelle D. Arrington
                Staff Attorney
                Georgia Bar No. 023808
                Michelle.arrington@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia  30303
(404) 612-0267 (Office)
(404) 730-6324 (Facsimile)


P:\CALitigation\Sheriff\Brooks, Deontae v. Keyana Edwards - 1.16-CV-04334 - MA\Discovery\Notice of Deposition.docx