IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Deontae Brooks Inmate #1519880, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:16-CV-4334-MHC-AJB |
| Chief, Mark Adger, Ofc. T. Edwards;) | |
| Ofc. F. Hollins(1137); Ofc. ) | |
| Blaylock (990) ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR COURT ORDER TO FULTON COUNTY JAIL TO TAKE THE DEPOSITION OF DEONTAE BROOKS

COME NOW Officers K. Edwards and F. Hollie, herein after referred to as "Defendants", by and through the undersigned counsel and file this Motion for a Court Order to the Fulton County Jail to take the deposition of Plaintiff Deontae Brooks, Inmate No. 1519880.

1.

Plaintiff filed an amended complaint against Defendants on December 29, 2016.  *See* Doc. 8.

2.

On June 26, 2017, Defendant K. Edwards timely answered the Plaintiff's Complaint.  *See* Doc 26.

3.

On July 13, 2017, Defendant F. Hollie timely answered the Plaintiff's Complaint. *See* Doc. 33.

3.

Defendants filed a Request for a Motion for a Discovery Period.  The Motion for a Discovery Period was granted and discovery ends on December 1, 2017.  *See* Doc. 34, 36, 37.

4.

Defendants intend on taking the deposition of Plaintiff, Deontae Brooks, pursuant to Fed. R. Civ. Pro. 30.  Defendants' counsel scheduled a deposition of the Plaintiff on November 28, 2017 at the Fulton County Jail.

5.

On November 3, 2017, counsel for Defendants contacted the Fulton County Jail regarding a deposition of Plaintiff, and was informed that a Court Order was required in order to make Plaintiff available for a noticed deposition and to enter the jail.

6.

This Motion is made in good faith, and is not made for the purpose of delay.

7.

The requested Motion will aide in the efficient adjudication of this case and will not create on additional burden on the Court.

8.

Defendants and their court reporter intend to bring the following items to the correctional facility when deposing the Plaintiff: laptop computers, stenotype machine, stationary, notepads, microphone, and briefcases.

Respectfully submitted this 6th day of November, 2017.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Patrise Perkins-Hooker
County Attorney
Georgia Bar No. 572378

Kaye Woodard Burwell
Deputy County Attorney
Georgia Bar No. 775060

Ashley J. Palmer
Senior Attorney
Georgia Bar No. 603514

**/s/ Michelle D. Arrington**
Michelle D. Arrington
Assistant County Attorney
Georgia Bar No. 023808
Michelle.arrington@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)

```
          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

Deontae Brooks Inmate #1519880,    )
                                   )
    Plaintiff,                     )
v.                                 )    CIVIL ACTION FILE NO.
                                   )    1:16-CV-4334-MHC-AJB
Chief, Mark Adger, Ofc. T. Edwards;)
Ofc. F. Hollins(1137); Ofc.        )
Blaylock (990)                     )
                                   )
    Defendants.                    )

**CERTIFICATE OF FONT TYPE, SIZE, AND SERVICE**

THIS IS TO CERTIFY that on the 6th day of November, 2017, the **MOTION FOR COURT ORDER TO FULTON COUNTY JAIL** to take the **DEPOSITION OF DEONTAE BROOKS** has been prepared in Courier New, 12 point type, as approved by the Court in L.R. 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will provide mail notification to the *pro se* inmate plaintiff listed below:

```
              Deontae Brooks #1519880
                Fulton County Jail
                901 Rice St., N.W.
                 Atlanta, GA 30318
```

This 6th day of November, 2017

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Patrise Perkins-Hooker
County Attorney
Georgia Bar No. 572378

        Kaye Woodard Burwell
        Deputy County Attorney
        Georgia Bar No. 775060

        Ashley J. Palmer
        Senior Attorney
        Georgia Bar No. 603514

        **/s/ Michelle D. Arrington**
        Michelle D. Arrington
        Assistant County Attorney
        Georgia Bar No. 023808
        Michelle.arrington@fultoncountyga.gov


141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)


P:\CALitigation\Sheriff\Brooks, Deontae v. Keyana Edwards - 1.16-CV-04334 - MA\Discovery\Deposition Notices\Motion for Court Order to Take Deposition.docx