IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Deontae Brooks Inmate #1519880,<br><br>    Plaintiff,<br>v.<br><br>Chief, Mark Adger, Ofc. T. Edwards;<br>Ofc. F. Hollins(1137); Ofc.<br>Blaylock (990)<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:16-CV-4334-MHC-AJB |

## ORDER

This action is before the Court on Defendants' Motion for a Court Order to take the deposition of Plaintiff, [Doc. 50]. For good cause shown, **IT IS ORDERED** that Defendant's motion to take deposition, [Doc. 50], is **GRANTED**, and the Court hereby **ORDERS** that leave of Court is granted to depose Plaintiff, Deontae Brooks, confined within the Fulton County Jail. *See* Fed. R. Civ. P. 30(a)(2)(B).

**IT IS SO ORDERED**, this _____ day of November, 2017.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

P:\CALitigation\Sheriff\Brooks, Deontae v. Keyana Edwards - 1.16-CV-04334 - MA\Discovery\Deposition Notices\Proposed Order on Motion to Take Deposition.docx