IN THE UNITED STATES DISTRICT COURTS FOR THE
Northern District of Georgia

Deontae Brooks #1519880
-PLAINTIFF-

V.

KENANA EDWARDS
FRANKLIN HOLLIE (1137)
BLAINE BLAYLOCK (496)
-DEFENDANT-

CIVIL ACTION NO.
1:16-CV-4334-MHC-AJB

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV -9 2017

JAMES N. HATTEN, Clerk
By: S. Braxton, Deputy Clerk

- MOTION FOR DEFAULT JUDGMENT -

Plaintiffs move this court for a judgment by default in this action, and show that the complaint in the above case was filed in this court on the 21st day of NOVEMBER, 2016 the summons and complaint were duly served on the Defendant, BLAINE BLAYLOCK on 5th day of June, 2017 no answer or other defense has been filed by Defendant default was entered in the civil docket in the office of this clerk on the 13th day of September 2017 no proceedings have been taken by the Defendant since the default was entered; Defendant was not in military service and is not an infant or incompetent as appears in the declaration of Deontae Brooks submitted herewith.

Wherefore, plaintiff moves that this Court make and enter a judgment that grants $50,000 in Puntive and compensatory Damages $20,000.

Date: NOVEMBER 1st, 2017
Signed Deontae Brooks   Deontae Brooks

IN THE UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF GEORGIA

DEONTAE BROOKS                                CIVIL ACTION FILE NO
-PLAINTIFF-                                   1:16-CV-3443-MHC-AJB

-V-
BLAINE BLAYLOCK
FRAKLIN HOLLIE
KEYANA EDWARDS
-DEFENDANTS-

## -CERTIFICAT OF SERVICE-

This certifies that on NOVEMBER 2nd, 2017 I have presented this document in Courier that I have filed the forgoing MOTION FOR DEFAULT JUDGMENT with the clerk of courts and will provide a mailed Notification to the Defendants listed below attorneys

Keyana Edwards
Franklin Hollie
Blaine Blaylock

MICHELL D. ARRINGTON
     STAFF Attorney
GEORGIA STATE BAR # 023808

141 Pryor Street, S.W.
       Suite 4038
Atlanta GEORGIA   30303

ONTAE BROOKS 1519880
on County Jail
Rice Street, N.W.
nta, Georgia 30318

lroom:
gent Inmate Legal Documents
r Delivery)



UNITED STATES DISTRICT COURTS
NORTHEN DISTRICT OF GEORGIA
2211 United States Courthouse
75 TED TURNER DRIVE S.W.
ATLANTA GEORGIA 30303