IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **DEONTAE BROOKS,** | : | **PRISONER CIVIL RIGHTS** |
| Plaintiff, | : | **42 U.S.C. § 1983** |
| | : | |
| v. | : | |
| | : | |
| **T. EDWARDS et al.,** | : | **CIVIL ACTION NO.** |
| Defendants. | : | **1:16-CV-4334-MHC-AJB** |

**O R D E R**

Plaintiff, Deontae Brooks, confined in the Fulton County Jail in Atlanta, Georgia, is proceeding on individual-capacity excessive force claims against Defendants, Detention Officers T. Edwards, F. Hollins, and Blaylock. [*See* Doc. 9 at 3-5, 9; Doc. 12 at 1-3.] Edwards informed the Court that Defendants' correct names are Keyana Edwards, Franklin Hollie, and Blaine Blaylock. [Doc. 23; Doc. 26 at 1 & n.1, 5 & n.3, 8.] The matter is before the Court on (1) Plaintiff's fourth motion to appoint counsel, [Doc. 47], and (2) Edwards and Hollie's motion to depose Plaintiff, [Doc. 50].

The undersigned previously denied Plaintiff's first, second, and third motions to appoint counsel. [Doc. 9 at 7-8; Doc. 27 at 1.] For the reasons given in the undersigned's previous Orders, [Doc. 9 at 7-8; Doc. 27 at 1], Plaintiff's fourth motion to appoint counsel, [Doc. 47], is **DENIED**.

Edwards and Hollie move to depose Plaintiff at the Fulton County Jail on

AO 72A
(Rev.8/82)

November 28, 2017, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). [Doc. 50.] For good cause shown, Edwards and Hollie's motion to depose Plaintiff, [Doc. 50], is **GRANTED**.

Plaintiff is **REMINDED** that he must keep the Court advised of his current address and telephone number at all times during the pendency of this action, and failure to do so shall result in the dismissal of this action pursuant to Local Rule 41.2B, N.D. Ga. Plaintiff's failure to comply with any aspect of this Court's orders shall result in the dismissal of this action pursuant to Local Rule 41.3, N.D. Ga.

**IT IS SO ORDERED**, this ___13th___ day of November, 2017.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A (Rev.8/82)