```
          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

Deontae Brooks Inmate #1519880,    )
                                   )
    Plaintiff,                     )
v.                                 )   CIVIL ACTION FILE NO.
                                   )   1:16-CV-4334-MHC-AJB
Chief, Mark Adger, Ofc. T. Edwards;)
Ofc. F. Hollins(1137); Ofc.        )
Blaylock (990)                     )
                                   )
    Defendants.                    )

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this day, the foregoing **DEFENDANT OFFICER K. EDWARDS RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** has been prepared in Courier New, 12 point type, as approved by the Court in L.R. 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will provide mail notification to the *pro se* inmate plaintiff listed below:

               Deontae Brooks #1519880
                Fulton County Jail
               901 Rice St., N.W.
                Atlanta, GA 30318

This 17th day of November, 2017.

                **OFFICE OF THE FULTON COUNTY ATTORNEY**

                Patrise Perkins-Hooker
                County Attorney
                Georgia Bar No. 572378

                Kaye Woodard Burwell
                Deputy County Attorney

        Georgia Bar No. 775060

        Ashley J. Palmer
        Senior Attorney
        Georgia Bar No. 603514
        Ashley.palmer@fultoncountyga.gov

        **/s/ Michelle D. Arrington**
        Michelle D. Arrington
        Assistant County Attorney
        Georgia Bar No. 023808
        Michelle.arrington@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)

P:\CALitigation\Sheriff\Brooks, Deontae v. Keyana Edwards - 1.16-CV-04334 - MA\Discovery\Defendants' Responses to Plaintiff's 2nd Request\K. Edwards - Response to 2nd Request for Production of Documents.docx

Case 1:16-cv-04334-MHC-AJB   Document 53   Filed 11/17/17   Page 3 of 3