## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Deontae Brooks Inmate #1519880, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>Chief, Mark Adger, Ofc. T. Edwards;)<br>Ofc. F. Hollins(1137); Ofc. )<br>Blaylock (990) )<br>)<br>    Defendants. ) | CIVIL ACTION FILE NO.<br>1:16-CV-4334-MHC-AJB |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this day, the foregoing **DEFENDANT OFFICER FRANKLIN HOLLIE'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** has been prepared in Courier New, 12 point type, as approved by the Court in L.R. 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will provide mail notification to the *pro se* inmate plaintiff listed below:

                      Deontae Brooks #1519880
                        Fulton County Jail
                        901 Rice St., N.W.
                        Atlanta, GA 30318

This 17th day of November, 2017.

                        **OFFICE OF THE FULTON COUNTY ATTORNEY**

                        Patrise Perkins-Hooker
                        County Attorney
                        Georgia Bar No. 572378
                        Kaye Woodard Burwell
                        Deputy County Attorney

>
>
> Georgia Bar No. 775060
>
> Ashley J. Palmer
> Senior Attorney
> Georgia Bar No. 603514
> Ashley.palmer@fultoncountyga.gov
>
> **/s/ Michelle D. Arrington**
> Michelle D. Arrington
> Assistant County Attorney
> Georgia Bar No. 023808
> Michelle.arrington@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)

P:\CALitigation\Sheriff\Brooks, Deontae v. Keyana Edwards - 1.16-CV-04334 - MA\Discovery\Responses to Plaintiff's 2nd Request for Production of Documents\Response to 2nd Request for Production of Documents.docx