IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF GEORGIA

DEONTAE BROOKS
-PLAINTIFF-

-V-

BLAINE BLALOCK
KEYANA EDWARDS
FRANKLIN HOLLIE
-DEFENDANTS-

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
NOV 21 2017
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

CIVIL ACTION FILE NO
1:16-CV-3443-MHC-AJB

## – CERTIFICAT OF SERVICE –

This certifies that on NOVEMBER 15th I have presented this document in courier that I have filed the Forgoing PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST INTERROGATORIES with the clerk of court and will provide a mailed notification to the Defendants listed below attorneys

Keyana Edwards
Franklin Hollie
Blaine Blalock

MICHELLE D ARRINGTON
GEORGIA STATE BAR # 023808
141 Pryor Street SW
Suite 4038
Atlanta Georgia 30303

IN THE UNITED STATES DISTRICT COURTS
NORTHEN DISTRICT OF GEORGIA

DEONFAE BROOKS
- PLAINTIFF -

V

FRANKLIN HOLLIE
KEYANA EDWARDS
BLAINE BLALOCK
- DEFENDANTS -

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 21 2017

JAMES N. HATTEN, Clerk
By: S. Brannan   Deputy Clerk

CIVIL ACTION NO
1:16-CV-3443-MHC-AJB

- CERTIFICAT OF SERVICE -

This certifies that on NOVEMBER 15th I have presented this document in courier that I have filed the Forgoing PLAINTIFF'S RESPONSES TO DEFENDANT'S ADMISSION with the clerk of courts and will provide a mailed notification to the Defendants listed below attorneys:

Keyana Edwards
Franklin Hollie
Blaine Blalock

MICHELLE D. ARRINGTON
GEORGIA STATE BAR # 023808
141 Pryor Street SW
Atlanta Georgia 30303

To MICHELLE D. ARRINGTON.

    Enclosed are the documents you requested in your First Request for Production of documents. Documents are prepared to the best of plaintiff's abilities plaintiff does not have adequate legal representation at this time, which hinders his abilities to produce documents pertaining to this case. (CIVIAL ACTION No 1:16-cv-4334-MHC-AJB). Plaintiff also asserts that he is waiting on the ~~⬛~~ set of documents to be produced by Defendants he has yet to receive and that the defendants are asking for documents that plaintiff can not produce himself.

SIGNED: DEONTAE BROOKS / *Deontae Brooks* 1519880
Fulton County Jail
901 Rice Street N.W.
Atlanta, GA 30318

Respectfully submitted, this 15th day of November 2017