**DEFENDANT'S EXHIBIT A**

**Arrington, Michelle**

| | |
|---|---|
| From: | ganddb_efile_notice@gand.uscourts.gov |
| Sent: | Tuesday, September 19, 2017 3:03 PM |
| To: | CourtMail@gand.uscourts.gov |
| Subject: | Activity in Case 1:16-cv-04334-MHC-AJB Brooks v. Mark Adger et al Clerks Entry of Default |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Northern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 9/19/2017 at 3:02 PM EDT and filed on 9/19/2017
**Case Name:**      Brooks v. Mark Adger et al
**Case Number:**    1:16-cv-04334-MHC-AJB
**Filer:**          Blaylock
**Document Number:** No document attached

**Docket Text:**
**Clerks Entry of Default as to Blaylock. (bnw)**

**1:16-cv-04334-MHC-AJB Notice has been electronically mailed to:**

Michelle Arrington    michelle.arrington@fultoncountyga.gov, ashley.palmer@fultoncountyga.gov, Daniel.White@fultoncountyga.gov, tammy.walton@fultoncountyga.gov

**1:16-cv-04334-MHC-AJB Notice has been delivered by other means to:**

Deontae Brooks
1519880
Fulton County Jail
901 Rice St., N.W.
Atlanta, GA 30318