IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Deontae Brooks Inmate #1519880,      )
                                     )
      Plaintiff,                     )
v.                                   )    CIVIL ACTION FILE NO.
                                     )    1:16-CV-4334-MHC-AJB
Chief, Mark Adger, Ofc. T. Edwards;  )
Ofc. F. Hollins(1137); Ofc.          )
Blaylock (990)                       )
                                     )
      Defendants.                    )
_____)

## DEFENDANTS' MOTION FOR EXTENSION OF DISCOVERY PERIOD

COME NOW Defendants, Officers K. Edwards and F. Hollie, by and through undersigned counsel, and hereby file this Motion to Extend the Discovery Period for sixty (60) days pursuant to LR 26.2 (B), NDGa.  In support of their Motion, Defendants show the following:

1.

Plaintiff filed suit against Defendants Chief Mark Adger, Ofc. T. Edwards, Ofc. F. Hollins and Ofc. Blaylock [sic] on November 21, 2016. (Doc. 1). On December 29, 2016, Plaintiff filed an amended complaint against the named Defendants. (Doc. 8). Defendants Edwards and Hollie were served on June 5, 2017 and June 22, 2017, respectively, and timely filed an answer to Plaintiff's complaint. Defendant Blalock has yet to be served.

1

2.

On August 11, 2017, Defendants Edwards and Hollie requested a four (4) month discovery period. (Docs. 34, 36). The motion for a discovery period was granted on August 16, 2017. The discovery period is scheduled to expire on December 1, 2017. (Doc. 37).

4.

Defendants sent discovery requests to Plaintiff on October 30, 2017. Plaintiff timely sent his responses, which were received on November 22, 2017.

5.

Defendants deposed Plaintiff on November 28, 2017 pursuant to a Court Order. (Doc. 52). During Plaintiff's deposition, Plaintiff indicated that he needed additional time to produce medical records and documents associated with Defendants' Request for Production of Documents Nos. 6 and 7.

6.

Defendants have diligently pursued discovery; however, additional time is needed to complete discovery.

7.

Specifically, due to Plaintiff's responses to Defendants' interrogatories, additional depositions of named individuals currently incarcerated will need to be taken. Defendants need the extension of time in order to depose the named individuals,

2

all of whom are currently incarcerated at the Fulton County Jail. The scheduling of these depositions will require arrangement with the Fulton County Jail and a Court Order. Defendants will not be able to depose these individuals prior to December 1, 2017, the close of the discovery period.

8.

Defendants make this motion in good faith and are not requesting an extension of time to delay the proceedings. Furthermore, Plaintiff does not object to this request and consents to an extension of the discovery period.

9.

WHEREFORE, based on the foregoing, Defendants respectfully request that the Court grant their Motion for Extension of a Discovery Period for sixty (60) days.


Respectfully submitted, this 29th day of November 2017.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Patrise Perkins-Hooker
County Attorney
Georgia Bar No.231973

Kaye W. Burwell
Deputy County Attorney
Georgia Bar No. 775060

Ashley J. Palmer
Senior Attorney
Georgia Bar No. 603514

*/s/ Michelle D. Arrington*
Michelle D. Arrington
Georgia Bar No. 023808
Michelle.arrington@fultoncountyga.gov


**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W., Suite 4038
Atlanta, GA 30303
(404) 612-0267 (Telephone)
(404) 730-6324 (Facsimile)

4

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Deontae Brooks Inmate #1519880,   )
                                     )
    Plaintiff,              )
v.                          )    CIVIL ACTION FILE NO.
                                   )    1:16-CV-4334-MHC-AJB
Chief, Mark Adger, Ofc. T. Edwards;)
Ofc. F. Hollins(1137); Ofc.     )
Blaylock (990)          )
                                   )
    Defendants.           )

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing DEFENDANTS'

MOTION FOR EXTENSION OF DISCOVERY PERIOD has been prepared in

Courier New, 12 point type, as approved by the Court in L.R. 5.1(C)

and electronically filed with the Clerk of Court using the CM/ECF

system. Undersigned counsel further certifies that she will provide

mail notification to the *pro se* inmate plaintiff listed below:

                   Deontae Brooks #1519880
                    Fulton County Jail
                    901 Rice St., N.W.
                    Atlanta, GA 30318

    Respectfully submitted this <u>29th</u> day of November, 2017.


                    <u>*/s/ Michelle D. Arrington*</u>
                    Michelle D. Arrington
                    Assistant County Attorney
                    Georgia Bar No. 023808
                    Michelle.arrington@fultoncountyga.gov

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W., Suite 4038
Atlanta, GA 30303

```
(404) 612-0267 (Telephone)
(404) 730-6324 (Facsimile)
```

**P:\CALitigation\Sheriff\Brooks, Deontae v. Keyana Edwards - 1.16-CV-04334 - MA\Drafts\Motion to Extend Discovery Period.docx**