IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **DEONTAE BROOKS,** | : | **PRISONER CIVIL RIGHTS** |
| Plaintiff, | : | **42 U.S.C. § 1983** |
| | : | |
| v. | : | |
| | : | |
| **T. EDWARDS et al.,** | : | **CIVIL ACTION NO.** |
| Defendants. | : | **1:16-CV-4334-MHC-AJB** |

**O R D E R**

Plaintiff, Deontae Brooks, confined in the Fulton County Jail in Atlanta, Georgia, is proceeding on individual-capacity excessive force claims against Defendants, Detention Officers T. Edwards, F. Hollins, and Blaylock. [*See* Doc. 9 at 3-5, 9; Doc. 12 at 1-3.] Defendants' counsel informed the Court that Defendants' correct names are Keyana Edwards, Franklin Hollie, and Blaine Blalock. [Doc. 23; Doc. 26 at 1 & n.1, 5 & n.3, 8; Doc. 56 at 1 & n.1.] The matter is before the Court on Edwards and Hollie's motion for extension of discovery period. [Doc. 57.]

The Court previously ordered that discovery was to be completed by December 1, 2017. [Doc. 37 at 2.] Edwards and Hollie now seek to extend the discovery period by sixty days because (1) Plaintiff needs additional time to respond to Defendants' request for production, and (2) "additional depositions of named

AO 72A
(Rev.8/82)

individuals currently incarcerated will need to be taken." [Doc. 57 at 1-3.] Edwards and Hollie state that Plaintiff consents to the requested extension. [*Id.* at 3.]

For good cause shown, Edwards and Hollie's motion for extension of discovery period, [Doc. 57], is **GRANTED**. The Court **ORDERS** that (1) discovery shall be completed by January 30, 2018, and (2) dispositive motions shall be filed by March 1, 2018.

Plaintiff is **REMINDED** that he must keep the Court advised of his current address and telephone number at all times during the pendency of this action, and failure to do so shall result in the dismissal of this action pursuant to Local Rule 41.2B, N.D. Ga. Plaintiff's failure to comply with any aspect of this Court's orders shall result in the dismissal of this action pursuant to Local Rule 41.3, N.D. Ga.

**IT IS SO ORDERED**, this ___7th___ day of December, 2017, *nunc pro tunc December 1, 2017*.

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

2